IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENE MCINTYRE,<br><br>    Appellant,<br><br>v.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY,<br><br>    Appellee.<br>_____/ | No. C-10-80141-MISC JSW<br><br>**BAP No. NC-10-1186**<br>**Bk. No. 10-10974**<br><br>**ORDER DENYING WITHOUT PREJUDICE APPLICATION TO PROCEED IN FORMA PAUPERIS** |

Because the Bankruptcy Appellate Panel lacks authority to grant *in forma pauperis* status under 28 U.S.C. § 1915(a), the panel has transferred appellant's motion to proceed *in forma pauperis* with respect to BAP No. NC-10-1186 to the undersigned. Having reviewed the sworn affidavit of appellant, it is clear to the Court that appellant has a limited monthly income. However, appellant has not provided any information as to monthly expenses. Accordingly, the application is DENIED WITHOUT PREJUDICE to appellant's submitting a complete affidavit so that the Court may evaluate whether a waiver of fees should be permitted.

**IT IS SO ORDERED.**

Dated: June 29, 2010

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

cc: Bankruptcy Appellate Panel

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RENE MCINTYRE,

        Plaintiff,

  v.

DEUTSCHE BANK NATIONAL TRUST et al,

        Defendant.
                               /

Case Number: CV10-80141 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Eric D. Houser
Houser & Allison
A Professional Corporation
9970 Research Drive
Irvine, CA 92618

Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue
Pasadena, CA 91105

Dated: June 29, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk