**United States District Court**
For the Northern District of California

1

2

3

4

5

6 IN THE UNITED STATES DISTRICT COURT

7

8 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9 RENE MCINTYRE,

10     Appellant,                            No.  C-10-80141-MISC JSW

11 v.                                **BAP No. NC-10-1186**
                                    **Bk. No. 10-10974**

12 DEUTSCHE BANK NATIONAL TRUST
COMPANY,

13                                   **ORDER GRANTING**
**APPLICATION TO PROCEED IN**

    Appellee.                        **FORMA PAUPERIS**

14

15 _____/

16       Because the Bankruptcy Appellate Panel lacks authority to grant *in forma pauperis*

17 status under 28 U.S.C. § 1915(a), the panel transferred appellant's motion to proceed *in forma*

18 *pauperis* with respect to BAP No. NC-10-1186 to the undersigned.  On June 29, 2010, the Court

19 denied appellant's motion without prejudice.

20       On September 28, 2010, the Court received a subsequent Order dated September 17,

21 2010 from the panel forwarding information from appellant regarding appellant's monthly

22 expenses.  Having considered the subsequent information submitted by appellant, the Court

23 GRANTS appellant's application to proceed *in forma pauperis*.

24     **IT IS SO ORDERED.**

25 Dated:  October 1, 2010                     _____
                                   JEFFREY S. WHITE

26                                     UNITED STATES DISTRICT JUDGE

27

28   cc:     Bankruptcy Appellate Panel

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RENE MCINTYRE,

          Plaintiff,

   v.

DEUTSCHE BANK NATIONAL TRUST
et al,

          Defendant.
                                  /

Case Number: CV10-80141 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 1, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Rene McIntyre
16720 Shumaker Lane
Clearlake, CA 95422

Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grant Avenue
Pasadena, CA 91105

Dated: October 1, 2010

*Jennifer Ottolini*

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk